IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

THIAMOND KING,

      Appellant,

v.                                                                    Case No. 5D16-2806

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed December 20, 2016

Appeal from the Circuit Court
for Orange County,
Robert J. Egan, Judge.

Thiamond King, Milton, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Rebecca Roark Wall, Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.


      AFFIRMED. See Fla. R. App. P. 9.315(a).


PALMER, TORPY, and LAMBERT, J.J., concur.